**WO**                                                                              TCK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Michael White, | ) | No. CV 06-814-PHX-SMM (DKD) |
| | ) | |
| Plaintiff, | ) | **ORDER FOR PAYMENT** |
| | ) | |
| vs. | ) | **OF INMATE FILING FEE** |
| | ) | |
| | ) | |
| Joseph Arpaio, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| ————————————— | ) | |

**TO: MARICOPA COUNTY SHERIFF JOSEPH M. ARPAIO.**

Plaintiff Michael White, Inmate No. P121176, presently confined in the Lower Buckeye Jail in Phoenix, is obligated to pay the statutory filing fee of $250. The Court has not assessed an initial partial filing fee. Plaintiff must incrementally pay the balance of the filing fee in monthly payments equal to 20% of the preceding month's income. The Maricopa County Sheriff or his designee must collect and forward these fees to the Clerk of Court each time the amount in the account exceeds $10.00.

**IT IS ORDERED:**

(1) The Maricopa County Sheriff or his designee must forward to the Clerk of Court the $250 filing fee. The fee must be collected from Plaintiff's trust account in monthly payments that are equal to 20% of the preceding month's income credited to Plaintiff's trust account. Payments must be forwarded to the Clerk of the Court each time the amount in the

1    account exceeds $10.00.  The payments must be clearly identified by the name and number

2    assigned to this action.

3    (2)  The Maricopa County Sheriff or his designee must notify the Clerk of Court in

4    writing when Plaintiff is released or transferred to a correctional institution other than the

5    Maricopa County Jail, so new billing arrangements may be made to collect any outstanding

6    balance.

7    (3)  The Clerk of Court must serve by mail a copy of this Order on Maricopa County

8    Sheriff's Office Inmate Legal Services, 201 S. Fourth Avenue, Phoenix, Arizona, 85003.

9    (4)  The Clerk of Court must serve by mail a copy of this Order on Richard Stewart,

10   Lead Counsel, Litigation Section, Maricopa County Attorney's Office, Division of County

11   Counsel, 222 N. Central Avenue, Suite 1100, Phoenix, Arizona, 85004.

12   (5)  The Clerk of Court must forward a copy of this Order to Financial Administration

13   for the Phoenix Division of the U.S. District Court for the District of Arizona.  Financial

14   Administration must set up an account to receive payments on the filing fee for this action

15   and must notify the Court when the filing fee is paid in full.

16   DATED this 27th day of July, 2006.

17

18

19                                    Stephen M. McNamee
                                      United States District Judge
20

21

22

23

24

25

26

27

28